# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| PEGGY J. EGAN, *by and through her attorney-in-fact,* JAMES L. EGAN, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV421-236 |
| ATLAS SENIOR LIVING, LLC d/b/a LEGACY AT SAVANNAH QUARTERS | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Defendant Atlas Senior Living, LLC d/b/a Legacy at Savannah Quarters removed this case from the State Court of Chatham County, Georgia. Doc. 1. Although the parties have not raised the issue, the caption of this case includes a misnomer. *Cf.* Fed. R. Civ. P. 17(a)(1) ("An action must be prosecuted in the name of the real party in interest.").

This case has been erroneously docketed as brought by Plaintiff "Peggy J. Egan, By and through her Power of Attorney," *see, e.g.*, doc. 1-1 at 8 (Complaint filed in the State Court of Chatham County, Georgia), when it should have named Plaintiff "Peggy J. Egan, by and through her


*attorney-in-fact*, James L. Egan." *See* doc. 1-1 at 8; *see also, e.g.*, doc. 1-1 at 26-28 (authorizing agents, including James L. Egan, to, *inter alia*, "[i]nitiate [or] participate in . . . a claim existing in favor of . . . the principal . . . ."). An attorney-in-fact is "one who is designated to transact business for another; a legal agent." *Attorney*, Black's Law Dictionary (11th ed., 2019) ("Also termed *attorney-in-fact*."). A power of attorney is "[a]n instrument granting someone authority to act as agent or attorney-in-fact for the grantor." *Power of attorney*, Black's Law Dictionary (11th ed. 2019). *Cf.* doc. 1-1 at 26 (reciting that "Peggy J. Egan . . . execute[d] this Durable Power of Attorney *to designate my attorney-in-fact . . . ,*" including James L. Egan (emphasis added)).

Accordingly, the Clerk is **DIRECTED** to amend the caption to identify the sole plaintiff[1] as: "Peggy J. Egan, by and through her attorney-in-fact, James L. Egan." All future pleadings shall conform. *Cf. Transcontinental Ins. Co. v. L.F. Staffing Servs., Inc.*, 2008 WL 11333664, at * 4 (S.D. Fla. Aug. 13, 2008) ("[A] mere misnomer . . . may be

---

[1] The Clerk has included James L. Egan as a co-plaintiff on the docket. Neither the state court Complaint, nor any other filing in this case, indicates that James L. Egan asserts any claim on his own behalf. *See* doc. 1-1 at 8-10.

disregarded where it is fairly certain that no prejudice has resulted . . . .").

**SO ORDERED,** this 17th day of September, 2021.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA