IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| PEGGY J. EGAN, by and through her attorney-in-fact, James L. Egan, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. CV421-236 ) |
| ATLAS SENIOR LIVING, LLC, doing business as Legacy at Savannah Quarters, | ) ) ) ) ) |
| Defendant. | ) ) |

O R D E R

Before the Court is the parties' Stipulation of Dismissal. (Doc. 18.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." Accordingly, the parties' request (Doc. 18) is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.[1]

SO ORDERED this 26th day of May 2022.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The parties' notice of settlement (Doc. 17) is also **DISMISSED AS MOOT**.